COUNTY SAND AND STONE CORPORATION, Respondent, v. COLUMBIA ENGINEERING & CONTRACTING Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FRANK E. BAKER and Others, Appellants, v. MARIE C. HASSLER, Also Known as MARIE T. BRIDGES, Respondent, Impleaded with Another. (Appeals Nos. 1 and 2.) — Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

DAVID GLASSBERG, Respondent, v. ERNEST APOLLO, Sued Herein as " EDWARD " APOLLO, First Name " Edward " Fictitious and Unknown to Plaintiff, Appellant. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J. Merrell, Townley, Glennon and Untermeyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORTYNIA IMPORTING COMPANY, INCORPORATED, and CONSTANTINE PAPPAS, Appellants, Impleaded with Others.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT GUARRACINO, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J. Merrell, Townley, Glennon and Untermyer, JJ.

NETTIE WOLFE and HERMAN W. WOLFE, Appellants, v. YELLOW TAXI CORPORATION, NEW YORK, and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, Townley, Glennon and Untermyer, JJ.

GOODSITE REALTY Co., INC., Respondent, v. CHRISTIAN WENZ, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, Merrell, Townley, Glennon and Untermyer, JJ.

FELIX GUTKIND, Respondent, v. GEORGE LUEDERS & COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of FRED SCHNEIDER, Petitioner, for a Certiorari Order against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and PAUL WINDELS, Corporation Counsel of the City of New York, Respondents. GEORGE H. LEVINE, Intervenor, Respondent.— Order of certiorari dismissed, and determination of the respondent, the Mayor of the City of New York, confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, Merrell, Townley, Glennon and Untermyer, JJ.

GERTRUDE S. CLARK KERRIGAN, Appellant, v. THE CITY OF NEW YORK and NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, INC., a Domestic Corporation, Respondents, and LAURA M. CLARK, Impleaded, Defendant, Respondent.— Judgment and order affirmed, with costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

RICHARD C. LENT, Respondent, v. THE CITY OF NEW YORK, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [150 Misc. 291.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM KIRSCHNER, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.